PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> IVAN MAURICIO HERNANDEZ-MOSQUEDA, <br><br> Defendant. | CASE NO.  5:24-mj-00024 CDB <br> (CASE NO. CR-24-00820-PHX-MTL(DMF)) <br><br> MOTION TO UNSEAL INDICTMENT |

　　The United States of America hereby applies to this Court for an order unsealing the indictment in this case previously sealed by order of the United States District Court for the District of Arizona.  As defendant Hernandez-Mosqueda has been arrested, the government submits that the indictment can be unsealed and made public record to facilitate his appearance in this Court.

　　Accordingly, the United States requests that the indictment be unsealed and made public record.

DATED: May 21, 2024　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　/s/Henry Z. Carbajal III
　　　　　　　　　　　　　By:　　_____
　　　　　　　　　　　　　　　　　HENRY Z. CARBAJAL III
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>IVAN MAURICIO HERNANDEZ-MOSQUEDA,<br><br>　　　　　Defendant. | ) CASE NO. 5:24-mj-00024 CDB<br>) (CASE NO. CR-24-00820-PHX-<br>) MTL(DMF))<br>)<br>)<br>)<br>) ORDER ON UNSEALING INDICTMENT<br>)<br>)<br>)<br>)<br>)<br>) |

The indictment in this case having been sealed by order of the United States District Court for the District of Arizona and it appearing that such indictment no longer needs to remain sealed based on the motion of the United States of America,

IT IS HEREBY ORDERED that the indictment be unsealed and made public record.

IT IS SO ORDERED.

Dated:  **May 21, 2024**　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1